# EXHIBIT A

## Receipt 1

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Wes Snyder, Chief of Police
   Cleveland Police Department
   P.O. Box 1519
   100 Church Street NE
   Cleveland, TN 37311

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X Rosa Lee Botts
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name): Rosa Lee Botts
C. Date of Delivery: 9-21-12

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail  ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7010 2780 0003 1311 4820

PS Form 3811, February 2004 — Domestic Return Receipt — 102595-02-M-1540

---

## Receipt 2

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   John Francis Kimball
   City of Cleveland
   P.O. Box 1169
   Cleveland, TN 37364-1169

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X Carrye Logan
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name): Carrye Logan
C. Date of Delivery: 9-24-12

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail  ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7010 2780 0003 1311 4813

PS Form 3811, February 2004 — Domestic Return Receipt — 102595-02-M-1540

---

## Receipt 3

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Cleveland Police Department
   P.O. Box 1519
   100 Church Street NE
   Cleveland TN 37311

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X Rosa Lee Botts
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name): Rosa Lee Botts
C. Date of Delivery: 9-21-12

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail  ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7010 2780 0003 1311 4806

PS Form 3811, February 2004 — Domestic Return Receipt — 102595-02-M-1540