# EXHIBIT A

Amanda Shields 423·473·3707

    Douglas Bell and Amanda Shields was in the room at the WhiteWater Inn with the door open. Two police officers came to the doorway and asked how they where doing and asked What was their names? Doug took Did not ask Amanda. Douglas Bell replied that his name was Roger Bell and that he had ID # and Term Care Card. They (police) said that they did not believe him. This went on a couple times. Then (police) said that his tattoo (6 his skulls, lucky devil and a mohawk tattoo) That the he was Douglas Bell and They said that He was under arrest out on the balcony. When they told Doug Bell that he was under arrest. He (Doug Bell) asked them why. Then Douglas looked back at Amanda in the doorway. and he tried to swing his body over the rail and then Officer Maples grabbed Douglas Bell feet and then Douglas Bell flipped over the railing while Officer Maples held Douglas Bell feet, while he dangling over the rail for a good minute. The other officer Veasey was standing about two feet away from Officer Maples and Douglas Bell and did not move.

Statement Amanda Shields    July 25, 2012

TBI met with Amanda Shields two weeks after the incident. TBI Jason Legg they met at Amanda Shields fathers home in Cleveland. TBI Legg took a written statement and voice. And video the interview. The interview was in the TBI Legg car, because no one was home. Amanda Shield told the same statement.

No one from the Cleveland TN police department has contacted Amanda besides the one time at the Schulz Work Lodge at the incident.

Amanda Shields    7-25-12
Amanda Shields

Jason May    7-25-12
Witness

After the officers his (Vary and white [ofcr]) walked away, Amanda left the property.

Amanda Shields 7-25-12
Amanda Shields

Jason Mary 7-25-12
Witness

Statement ended at 7:25 pm.