# MEMO

TO: CAPT. BISHOP, LT. FREEMAN
FROM: OFFICER J. VASSEY
DATE: 10-2-2011
REF: WARRANT ATTEMPT 2500 POINTE SOUTH DR.



ON OCTOBER 2, 2011, I WAS DISPATCHED TO 2500 POINTE SOUTH DR TO ROOM 206 TO BACK OFFICER MAPLES ON A WARRANT ATTEMPT. I MET OFFICER MAPLES ACROSS FROM THE BANK OF CLEVELAND WHERE THE OLD BLOCKBUSTER USED TO BE IN FRONT OF THE WHITE WATER LODGE WHERE WE WERE GOING TO SERVE A WARRANT ON CHARLES DOUGLAS BELL. OFFICER MAPLES ADVISED ME THAT MR. BELL WOULD USE HIS BROTHERS NAME, ROGER BELL AND HAD A MOHAWK AND SOME TATOO'S THAT WE NEEDED TO LOOK FOR SUCH AS A TATOO THAT SAID LUCKY WITH A CLOVER LEAF AND TATOO THAT WAS EITHER A SKULL OR MONSTER TO IDENTIFY THAT IT WAS ACTUALLY CHARLES DOUGLAS BELL. WE THEN DROVE INTO THE COMPLEX, GOT OUT OF OUR VEHICLES AND WALKED TO ROOM 206. AS OFFICER MAPLES AND I APPROACHED THE ROOM, THE DOOR WAS OPEN AND OFFICER MAPLES LOOKED IN THE ROOM AND ASKED MR. BELL TO COME OUTSIDE AND TALK TO US FOR A MINUTE. OFFICER MAPLES STOOD ALMOST IN THE DOORWAY AND I STOOD IN BETWEEN THE RAIL AND THE ROOM WALL. AS MR. BELL WALKED OUT OF THE ROOM, I ASKED HIM IF HE HAD ANY WEAPONS ON HIM, TO WHICH HE STATED YES, I HAVE A POCKET KNIFE IN MY POCKET. MR. BELL POINTED TO THE POCKET HE HAD THE KNIFE IN, TO HIS RIGHT POCKET AND I SAID NO, DONT TOUCH IT I WILL GET IT. I TOOK THE KNIFE OUT OF HIS RIGHT POCKET AND PLACED THE KNIFE ON THE AIR CONDITIONER UNIT. MR. BELL THEN BACKED UP AGAINST THE RAIL AND CROSSED HIS ARMS AND OFFICER MAPLES ASKED MR. BELL IF HE HAD ANY ID, TO WHICH HE STATED NO, I HAVE A SOCIAL SECURITY CARD. OFFICER MAPLES SAID NO I WANT TO KNOW IF YOU HAVE A ID AND MR. BELL STATED NO. I THEN ASKED MR. BELL IF HE HAD ANY TATOO'S, TO WHICH HE STATED YES AND I OBSERVED THE TWO TATOO'S GIVEN TO US BY DISPATCH. I THEN ASKED MR. BELL IF HE HAD A MOHAWK, TO WHICH HE STATED YES AND TOOK HIS HAT OFF AND SHOWED ME HIS HAIR. I THEN ASKED MR. BELL WHAT HIS NAME IS, HE STATED ROGER BELL. I SAID NO THATS NOT YOUR NAME, THATS YOUR BROTHERS NAME. MR. BELL STATED WHATS MY BROTHERS NAME? I STATED NO, THAT IS YOUR BROTHERS NAME, THATS NOT YOUR NAME. I THEN STATED LISTEN IF YOU DONT WANT TO BE CHARGED WITH USING A FALSE NAME, THEN JUST BE HONEST WITH ME, WHATS YOUR REAL NAME. HE STATED ITS ROGER BELL. OFFICER MAPLES THEN STATED YOUR UNDER ARREST BECAUSE YOU HAVE FOUR WARRANTS. OFFICER MAPLES THEN TOLD MR. BELL WHAT HIS WARRANTS WERE FOR. AFTER OFFICER MAPLES EXPLAINED WHAT THE WARRANTS WERE FOR, MR. BELL THEN STATED WHAT FOR? OFFICER MAPLES THEN STATED I ALREADY TOLD YOU WHAT THEY WERE FOR, TURN AROUND AND PUT YOUR HANDS BEHIND YOUR BACK. MR. BELL THEN TURNED AROUND, PUT HIS HANDS ON THE GUARD RAIL, I TOOK ONCE STEP TOWARDS MR. BELL TO PLACE HANDCUFFS ON HIM AND BEFORE I COULD EVEN LAY A HAND ON HIM, HE JUMPED OFF THE BALCONY. OFFICER MAPLES TOLD ME TO GO DOWN THERE. I THEN RAN DOWN TO MR. BELL AND OFFICER MAPLES TOLD ME TO CHECK FOR A PULSE. I GRABBED HIS RIGHT HAND TO CHECK FOR A PULSE AND OFFICER MAPLES SAID DONT HANDCUFF HIM, TO WHICH I STATED IM NOT. I THEN SAT HIS RIGHT HAND BACK DOWN AND CHECKED FOR A PULSE ON HIS NECK. ONCE I FELT A PULSE I SAID HE HAS A PULSE, HE IS STILL ALIVE.



EXHIBIT 4

CID – 119

OFFICER MAPLES WAS ON THE RADIO CALLING FOR EMS AND A SUPERVISOR, ALSO TELLING DISPATCH ABOUT THE INCIDENT. OFFICER MAPLES THAN STOOD BESIDE MR. BELL AND GRABBED HIS FEET AND PLACED THEM TOGETHER AND GRABBED HIS ARMS AND PUT THEM BY HIS SIDE, ASKING HIM IF HE HURT ANYWHERE AND TELLING HIM TO KEEP HIS HEAD STRAIGHT. THE FEMALE IN MR. BELLS ROOM THEN CAME RUNNING UP TO MR. BELL AND STARTED GRABBING HIM, TO WHICH I TOLD HER TO BACK UP AND ONCE SOME OF THE RESIDENTS CAME OUT TO SEE WHAT HAPPENED, OFFICER MAPLES INSTRUCTED THE RESIDENTS TO TAKE THE FEMALE AND BACK HER OFF OF MR. BELL. WHILE I STOOD WAITING FOR FIRE AND EMS TO ARRIVE SO I COULD SHOW THEM WHERE WE WERE AT. OFFICER MAPLES LIFTED MR. BELLS SHIRT UP AND STARTED RUBBING HIS RIBS TO POSSIBLY CHECK FOR ANYTHING BROKEN. OFFICER MAPLES KEPT TELLING MR. BELL EVERYTHING WAS OK AND EMS WAS ALMOST HERE AND TO TRY AND LAY STILL. IT ALMOST SOUNDED LIKE MR. BELL HAD THE WIND KNOCKED OUT OF HIM BY THE WAY HE WAS BREATHING AND I DID NOT SEE ANY BLOOD COMING FROM HIS HEAD. MR. BELL THEN STARTED TO THROW UP. EMS AND FIRE THEN ARRIVED SHORTLY AFTER. I THEN FOUND THE FEMALE THAT WAS IN THE ROOM WITH MR. BELL AND ASKED HER IF SHE SAW WHAT HAPPENED, SHE WAS VERY SHAKEN UP AND COULD NOT TELL ME ANYTHING ABOUT THE INCIDENT. SEVERAL MINUTES LATER I WALKED BACK TO THE FEMALE TO GET INFORMATION FROM HER AND SHE STATED OK, I REMEMBER WHAT HAPPENED. I SAID OK, WHAT DID YOU SEE. SHE STATED I SAW HIM JUMP OFF OF THE BALCONY. I STATED OK, HOLD ON AND TELL MY LT. WHAT YOU JUST TOLD ME. I ASKED LT. FREEMAN TO COME OVER TO ME AND TOLD THE FEMALE TO TELL MY LT. WHAT YOU JUST TOLD ME, SHE STATED I SAW HIM JUMP OFF THE BALCONY. LT. FREEMAN STATED OK HOLD ON RIGHT HERE FOR A MINUTE BECAUSE WE HAVE A DETECTIVE THAT MAY WANT TO GET A SHORT STATEMENT FROM YOU, TO WHICH SHE STATED OK. SHE STATED HER NAME WAS VALERIE KELLER 02-07-1986. OFFICER MAPLES THEN LOOKED UP HER NAME TO MAKE SURE SHE WAS TELLING THE TRUTH, THEN SHOWED ME THE PICTURE AND I STATED THATS NOT HER. I THEN WENT TO FIND THE FEMALE BECAUSE SHE HAD GIVEN ME A FAKE NAME, AND SHE WAS NO WHERE TO BE FOUND. I THEN SEARCHED THE WHOLE COMPLEX FOR THE FEMALE, ASKING RESIDENTS WHERE SHE WAS AND NO ONE KNEW WHERE SHE HAD WENT. DETECTIVE MITCHELL AND WALTER HUNT THEN ARRIVED ON SCENE. AFTER SEVERAL MINUTES OF DETECTIVE MITCHELL TAKING PICTURES, HE MADE CONTACT WITH THE MANAGER AND DETECTIVE MITCHELL, WALTER HUNT AND LT. FREEMAN WENT TO ROOM 206 TO CHECK AND SEE IF THE FEMALE WAS POSSIBLY HIDING IN THE ROOM AND TO JUST INVESTIGATE THE ROOM. THEY FOUND AN ID IN THE ROOM OF A WHITE FEMALE. THEY SHOWED ME THE ID, AND I STATED THAT WAS THE FEMALE IN THE ROOM WHEN WE ARRIVED TO TRY AND SERVE THE WARRANTS ON MR. BELL. THE FEMALE HAD GIVEN US A FAKE NAME AND DATE OF BIRTH.