| TRACKING No. | DATE | COMPLAINT | OFFICER(S) INVOLVED | COMPLAINANT | DISPOSITION | DISCIPLINE |
|---|---|---|---|---|---|---|
| C09-01-IA | 02/17/2009 | Undisclosed Info on Runaway Juvenile | Gibbs, Daniel | Administrative Inquiry | Unfounded | |
| C09-02-S | 02/06/2009 | Child Restraint Citation | West, Steven | Carissa Ballew | Unfounded | |
| C09-03-S | 03/02/2009 | Unsafe Driving | Maples, Justin | Rob Works | Founded | Verbal |
| C09-04-DA | 03/06/2009 | Child Abuse | Parks, Bill | Gina Wiley | Insufficient Evidence | |
| C09-05-S | 03/11/2009 | Rude & Insensitive | West, Steven | Steve McLain | Unfounded | |
| C09-06-IA | 03/25/2009 | Harassment | Moses, Mike | Abu O. Swafford | Founded | Reprimand |
| C09-07-S | 03/23/2009 | Mishandled Investigation | Pride, Tyler | Robin Abercrombie | Unfounded | |
| C09-08-S | 03/24/2009 | Entrance w/o Permission | Pride, T & Gibbs, D | Amy Miller | Unfounded | |
| C-09-09-S | 04/21/2009 | Threats of Harassment | Dorsel, David | Melissa Dorsel | Unfounded | |
| C-09-10-S | 05/18/2009 | Pursuit; Mishandled Evidence | Ratcliff, Andy | Administrative Inquiry | Pursuit - Unfounded; Evidence - Founded | Re-Training |
| C-09-11-IA | 06/05/2009 | Accidental Taser Discharge | Harris, Mike | Administrative Inquiry | Founded | Reprimand |
| C-09-12-IA | 06/05/2009 | Erroneous Release of Property/Evidence | Oliver, Sandra; Castello, Tom; Wooten, Ross; Darnell, Mark; Smith, Brian | Administrative Inquiry | Founded | Verbal Warnings |
| C-09-13-IA | 07/09/2009 | Voided Citations | Henderson, Jeremy | Administrative Inquiry | Founded | Verbal Warning |
| C-09-14-DA | 08/13/2009 | Missing Evidence | | Dickie & Louie Alford | Unfounded | |
| C-09-15-S | 09/14/2009 | Harassment/Privacy Violation | Jackson, Suzanne | Kimberly Ann Grimes | Unfounded | |
| C-09-16-S | 10/06/2009 | Malicious Prosecution | Jackson, Suzanne | Robbie Barger 6/10/09 | Unfounded | |
| C-09-17-S | 10/06/2009 | Misrepresentation | Jackson, Suzanne | Daniel Rawls 6/10/09 | Unfounded | |
| C-09-18-S | 10/15/2009 | Truthfulness/Gossip | Jackson, Suzanne | Admin. - Robert Harbison 7/9/09 | Insufficient Evidence | |

EXHIBIT 5

| TRACKING No. | DATE | COMPLAINT | OFFICER(S) INVOLVED | COMPLAINANT | DISPOSITION | DISCIPLINE |
|---|---|---|---|---|---|---|
| C-10-01-IA | 03/01/2010 | MIS-HANDLED CASE | RUTH, BOBBY BROWN, BRANDY TYNDALL, BRIAN | JUDGE SHERIDAN RANDOLPH | UNFOUNDED | |
| C-10-02-S | 03/08/2010 | POLICE BRUTALITY | HIGDON, KEN TYNDALL, BRIAN McGUIRE, TYLER | ROBERT N. BURGESS | UNFOUNDED | |
| C-10-03-S | 04/14/2010 | OFFICER ATTITUDE | BOYCE, KIM | QUREENIE LORETTA KAPOOR | UNFOUNDED | |
| C-10-04-S | 05/21/2010 | HARASSMENT | MONTGOMERY, BRIAN | REBECCA TRAMMELL | UNFOUNDED | |
| C-10-05-S | 05/28/2010 | UNBECOMING CONDUCT | McGUIRE, TYLER | LES CANTRELL | UNFOUNDED | |
| C-10-06-IA | 06/21/2010 | FAILURE TO RESPOND TO DISPATCHED CALL; OUT OF SECTOR | JOHNSON, MORGAN | ADMINISTRATIVE INQUIRY | FOUNDED | 2 WK SUSPENSION W/O PAY |
| C-10-07-IA | 06/22/2010 | HIPPA PRIVACY VIOLATIONS; SELF-INITIATED INVESTIGATIONS | BRUMLEY, DUFF | STEVE BEBB | FOUNDED | DISMISSAL |
| C-10-08-S | 07/12/2010 | INSUBORDINATION, UNTRUTHFULNESS, IMPROPER EVIDENCE HANDLING | SMITH, ROGER | ADMINISTRATIVE INQUIRY | FOUNDED | DISMISSAL |
| C-10-09-S | 07/14/2010 | DESTRUCTION OF PRIVATE PROPERTY; UNLAWFUL PRISONER DETENTION | PRIDE, TYLER | INA TIGUE | UNFOUNDED | |
| C-10-10-S | 08/09/2010 | UNJUSTIFIED USE OF FORCE | MAPLES, JUSTIN | ADMINISTRATIVE INQUIRY | UNFOUNDED (Unjustified Use of Force) | Failure to Report - REPRIMAND |
| C-10-11-S | 08/30/2010 | RUDENESS | PRINCE, JONATHAN | WALTER BROCK SR | UNFOUNDED | |
| C-10-12-IA | 09/08/2010 | THEFT | FIELDS, KIM | WAL-MART | FOUNDED | RESIGNATION |
| C-10-13-S | 12/14/2010 | ASSAULT | STOVALL, BRIAN | JANINE DAVIS | UNFOUNDED | |

| TRACKING No. | DATE | COMPLAINT | OFFICER(S) INVOLVED | COMPLAINANT | DISPOSITION | DISCIPLINE |
|---|---|---|---|---|---|---|
| C-11-01-S | 02/22/2011 | HARASSMENT | JOHNSON, MORGAN | WENDY IVEY | FOUNDED | 1 DAY SUSPENSION W/O PAY |
| C-11-02-IA | 05/20/2011 | CONDUCT UNBECOMING | BONNETT, EDDIE & WALLS, CARL | ADMINISTRATIVE | FOUNDED | WRITTEN REPRIMANDS |
| C-11-03-S | 05/10/2011 | UNJUSTIFIED ARREST | STOVALL, BRIAN | TONYA & BOBBY JOHNSON | UNFOUNDED | |
| C-11-04-S | 05/25/2011 | HARASSMENT | WARD & LEAMON | CRYSTAL SHELTON | UNFOUNDED | |
| C-11-05-IA | 05/26/2011 | CONFLICTING DRUG WEIGHTS/COUNTS | VASSEY | SAMUEL R. SMITTY II | INSUFFICIENT EVIDENCE | |
| C-11-06-KPD | 07/05/2011 | MISHANDLING OF EVIDENCE | JACKSON | ADMINISTRATIVE | FOUNDED | TERMINATION |
| C-11-07-S | 07/27/2011 | HARASSMENT | MILLAN | ALEXANDRA PIERCE | UNFOUNDED | |
| C-11-08-S | 07/14/2011 | INTIMIDATION | BONNETT | LEONARD KEITT | INSUFFICIENT EVIDENCE | |
| C-11-09-S | 06/22/2011 | DISCRIMINATION | PRINCE | VICKY PATTERSON | UNFOUNDED | |
| C-11-10-S | 08/31/2011 | RUDENESS | JOHNSON, ALLEN | JASON FRAZIER | UNFOUNDED | |
| C-11-11-S | 09/13/2011 | UNPROFESSIONAL/ INTIMIDATION | MILLAN | KEITH HERRIN | UNFOUNDED | |
| C-11-12-S | 10/06/2011 | RUDENESS | JOHNSON, ALLEN | PATRICIA VISAGE | FOUNDED | WRITTEN REPRIMAND |
| C-11-13-DA | 12/13/2011 | STEROID ABUSE | UNKNOWN | MATTHEW McNAULTY | INSUFFICIENT EVIDENCE | |